UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60080-CIV-SINGHAL/VALLE

MARGARETTE DUVERGER,
individually, and on behalf of all others
similarly situated,

    Plaintiff,

v.

ANDRES VIEIRA,

    Defendant.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on Plaintiff's Notice of Dismissal Without Prejudice (DE [10]). In light of Plaintiff's Notice of Dismissal, it is hereby

**ORDERED AND ADJUDGED** that this cause stands **DISMISSED WITHOUT PREJUDICE**. Each party shall bear its own attorney's fees and costs. The Clerk of Court is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 19th day of March 2021.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel via CM/ECF